1  PAUL ANTHONY MARTIN
   Acting United States Attorney
2  District of Arizona
   EMMA MARK
3  Assistant U.S. Attorney
   Arizona State Bar No. 032249
4  Two Renaissance Square
   40 N. Central Ave., Ste. 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: Emma.Mark@usdoj.gov
   Attorneys for Plaintiff

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 3 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Aaron David Simental,<br><br>        Defendant. | No. CR-21-00257-PHX-SMB (DMF)<br><br>**INDICTMENT**<br><br>VIO:  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii)<br>(Possession with Intent to Distribute Methamphetamine)<br>Count 1<br><br>18 U.S.C. § 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about June 20, 2020, in the District of Arizona, the defendant, AARON DAVID SIMENTAL, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

1  In violation of Title 21, United States Code, Sections 841(a)(1) and
2  841(b)(1)(A)(viii).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count 1 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following property involved and used in the offense:

$2,043.00 in United States currency.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: 4/13/2021

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona


/s/
EMMA MARK
Assistant U.S. Attorney