FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 0 2 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ MJA _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-00257-PHX-SMB |
| Plaintiff, | **CONSENT OF DEFENDANT** |
| v. | |
| Aaron David Simental, | |
| Defendant. | |

After full consultation with counsel, I voluntarily consent to go forward with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required)

before the United States Magistrate Judge.

Dated this ___ day of October, 2021.

_____
Defendant

_____
Counsel for Defendant

_____   Marcus Shand
Assistant U.S. Attorney